FILED
4/8/2015 12:33:21 PM
Donna Kay McKinney
Bexar County District Clerk
Accepted By: Consuelo Gomez

ACCEPTED
04-15-00210-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
4/9/2015 11:19:38 AM
KEITH HOTTLE
CLERK

04-15-00210-CV

NO. 2013-CI-13649

| | | |
|---|---|---|
| IN THE MATTER OF THE MARRIAGE OF | § | IN THE DISTRICT COURT |
| | § | |
| NARESH KUMAR DAHAT | § | |
| AND | § | 57TH JUDICIAL DISTRICT |
| DEEPTI MARIMADAIAH | § | |
| | § | BEXAR COUNTY, TEXAS |

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
04/9/2015 11:19:38 AM
KEITH E. HOTTLE
Clerk

## NOTICE OF APPEAL

This Notice of Appeal is filed by DEEPTI MARIMADAIAH, Respondent, a party to this proceeding who seeks to alter the trial court's judgment or other appealable order.

1.   The trial court, cause number, and style of this case are as shown in the caption above.

2.   The judgment or order appealed from was signed on March 18, 2015.

3.   DEEPTI MARIMADAIAH desires to appeal from Grounds of Cruelty and Property Division.

4.   This appeal is being taken to the Fourth Court of Appeals.

5.   This notice is being filed by DEEPTI MARIMADAIAH

Respectfully submitted,

ROSIEE MAGOO
5886 De Zavala, Suite 102-129
SAN ANTONIO, TX 78249
Tel: (210) 313-9836
Fax: (210) 714-9236

By: /s/Rosiee Magoo
Rosiee Magoo,
State Bar No. 24081015
attorneymagoo@gmail.com
Attorney for DEEPTI MARIMADAIAH

## Certificate of Service

I certify that a true copy of this Notice of Appeal was served in accordance with rule 9.5 of the Texas Rules of Appellate Procedure on each party or that party's lead counsel as follows:

Party: NARESH KUMAR DAHAT

Lead attorney: SHANNON SALMON HAAS

Address of service: 202 E. LOCUST, SAN ANTONIO, TEXAS 78212

Email Address: info@salmonhaas.com

Method of service: by electronic service

Date of service: April 8, 2015

/s/RosieeMagoo
ROSIEE MAGOO
Attorney for DEEPTI MARIMADAIAH